UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WOLFGANG W. HALBIG,

    Plaintiff,

v.                                Case No. 5:22-cv-106-JA-PRL

LAKE COUNTY, FLORIDA,
LAKE COUNTY, FLORIDA
SHERIFF, ELLORY
OSTERBERG, COREY WINGO,
DANIEL CONLEE, and ERICA
RODRIGUEZ,

    Defendants.

## ORDER

This case is before the Court on the Motion to Dismiss (Doc. 83) filed by Defendants. The assigned United States Magistrate Judge has submitted a Report (Doc. 88) recommending that the motion be granted. Plaintiff has filed an Objection to the Report.

After review of the record in this matter, including consideration of the Objection (Doc. 89) filed by Plaintiff, the Court agrees with the findings and conclusions in the Report and Recommendation. As explained in the Report, Plaintiff's Second Amended Complaint is a shotgun pleading and otherwise fails to state a claim for which relief can be granted. And despite being on notice

from early in the case of the pleading deficiencies, Plaintiff has not, through two amendments, cured those deficiencies. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 88) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 83) is **GRANTED**. All of Plaintiff's claims are **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** on May 23, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record